```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )          4:08CR3023
       v.                      )
                               )
JUAN DIEGO NILA,               )
                               )       MEMORANDUM AND ORDER
             Defendant.        )
                               )
```

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 28. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

Regarding disposition,

IT IS ORDERED,

Defendant is released under the previous conditions with a reprimand.

DATED April 21, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge