## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4: 08CR 3023 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DETENTION ORDER** |
| vs. | ) | |
| | ) | **PETITION FOR** |
| JUAN DIEGO NILA, | ) | **ACTION ON CONDITIONS** |
| | ) | **OF** |
| Defendant. | ) | **SUPERVISED RELEASE** |

Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order, because:

__X__ The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

____ The defendant waived the right to a detention hearing and agreed to detention.

The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following:
 The defendant is likely to use drugs and has failed to keep probation advised of his whereabouts. He poses a risk of flight and a danger to the public. Defendant has not shown that any conditions or combination of conditions of release will sufficiently ameliorate these risks.

**IT HEREBY IS FURTHER ORDERED:**

The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

DATED: September 28, 2011              BY THE COURT:

                                       *s/Cheryl R. Zwart*
                                       Cheryl R. Zwart
                                       United States Magistrate Judge