IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08CR3023 |
| vs. | ORDER |
| JUAN NILA, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue the violation of supervised release hearing (filing [108](#)) is granted.

2. Defendant Juan Nila's violation of supervised release hearing is continued to Monday, August 13, 2012, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 4th day of June, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge